PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## MIDDLE DISTRICT OF PENNSYLVANIA
### Report on Offender Under Supervision

**Name of Offender:** Eric Flowers   **Case Number:** 1:CR-00-031-01
**Name of Sentencing Judicial Officer:** The Honorable Sylvia H. Rambo, U.S. District Judge
**Date of Original Sentence:** January 25, 2002
**Original Offense:** Interstate Travel in Aid of Racketeering - 18 USC § 1952(a)(3)
**Original Sentence:** 60 months imprisonment, 3 years supervised release, and $200 fine
**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** July 9, 2004

## NONCOMPLIANCE SUMMARY

The defendant has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| General Condition | **"The defendant shall not commit another federal, state, or local crime."** |

On July 12, 2006, Mr. Flowers was charged by the Cumberland County District Attorney's Office with insurance fraud, criminal attempt - theft by deception/fail to correct, and criminal attempt theft by deception/false impression. It is alleged that on June 30, 2005, at 6:37 a.m., the defendant was in an automobile accident. That same date at 11:38 a.m., he renewed a lapsed insurance policy with Progressive Insurance Company. On July 6, 2005, he contacted Progressive Insurance Company and reported that he was in an auto accident on July 1, 2005. On September 7, 2006, the case was waived to court. Mr. Flowers is pending an arraignment scheduled for October 10, 2006.

On September 26, 2006, Mr. Flowers was arrested by the Carlisle Police Department and charged with simple assault, harassment, and criminal mischief. He posted $5,000 bail on September 28, 2006, and is pending a preliminary hearing before District Justice Brewbaker. Allegedly, Mr. Flowers threw his wife, Angela Thompson, into a parking meter causing injuries to her left leg including bruising, swelling and a large laceration on her ankle. He also kicked and damaged her vehicle.

FILED
HARRISBURG, PA

OCT 16 2006

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Report on Offender
Under Supervision
Page 2

**U.S. Probation Officer Action:**

Our office is reporting the arrests to the Court as required and may request violation action in the future. However, at this time, we are requesting that no immediate action be taken. This will enable us to further assess the allegations and the appropriateness of violation action. In the meantime, Mr. Flowers will likely remain free in the community and our office will continue to monitor his situation as well as the status of the new charges.

Respectfully submitted,

by   William S. Gottlieb
Senior U.S. Probation Officer
Date: October 6, 2006

[X] Recommendation Approved
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Sylvia H. Rambo, U.S. District Judge

10/16/06
Date