PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
# MIDDLE DISTRICT OF PENNSYLVANIA
## Report on Offender Under Supervision

Name of Offender: Eric Flowers   Case Number: 1:CR-00-031-01
Name of Sentencing Judicial Officer: The Honorable Sylvia H. Rambo, U.S. District Judge
Date of Original Sentence: January 25, 2002
Original Offense: Interstate Travel in Aid of Racketeering - 18 USC § 1952(a)(3)
Original Sentence: 60 months imprisonment, 3 years supervised release, and $200 fine
Type of Supervision: Supervised Release   Date Supervision Commenced: July 9, 2004

## NONCOMPLIANCE SUMMARY

The defendant has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| General Condition | "The defendant shall not commit another federal, state, or local crime." |

On November 8, 2006, Mr. Flowers was charged via summons, with retail theft by the Carlisle Police Department. It is alleged that he pumped $10 worth of gas at a Sheetz Gas Station, and drove off without paying. It is noted that the offender does not have a valid Pennsylvania Driver's License. Mr. Flowers is pending a preliminary hearing before District Justice Brewbaker.

On December 21, 2006, Mr. Flowers was arrested for retail theft by the Carlisle Police Department. It is alleged that he attempted to steal merchandise from Wal-mart. Mr. Flowers is pending a preliminary hearing before District Justice Brewbaker.

The Court has previously been notified of the offender's additional pending charges. On July 12, 2006, Mr. Flowers was charged by the Cumberland County District Attorney's Office with insurance fraud, criminal attempt - theft by deception/fail to correct, and criminal attempt theft by deception/false impression. The case is schedule for trial on January 30, 2007, before Judge Guido in Cumberland County Court. Additionally, on September 26, 2006, Mr. Flowers was arrested by the Carlisle Police Department and charged with simple assault, harassment, and criminal mischief. He is pending a preliminary hearing in January 2007, before District Justice Brewbaker.

Report on Offender
Under Supervision
Page 2

**U.S. Probation Officer Action:**

Our office is reporting the new charges to the Court as required, and will likely request violation action in the near future. Because some of the pending matters are scheduled to be resolved within the next few weeks in local court, we are requesting that no immediate action be taken. This will enable us to further assess the allegations and the appropriateness of violation action. Our office will continue to monitor Mr. Flowers and the status of the new charges.

Respectfully submitted,

by    William S. Gottlieb
Senior U.S. Probation Officer
Date: December 22, 2006

---

[X] Recommendation Approved
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Sylvia H. Rambo, U.S. District Judge

12/27/06
Date

FILED
HARRISBURG, PA

DEC 27 2006

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

2