IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :        CASE NO. 1:CR-00-031

                                  :

          v.                      :        FILED
                                  :        HARRISBURG, PA
                                  :
THOMAS FLOWERS                    :        FEB 2 2 2007
   a/k/a Eric Flowers             :
                                           MARY E. D'ANDREA, CLERK
                                           Per _____
                                                 Deputy Clerk

ORDER APPOINTING COUNSEL

IT IS HEREBY ORDERED THAT the Federal Public Defender,
100 Chestnut Street, Harrisburg, PA 17101, telephone (717) 782-2237, is
appointed to represent Defendant in the revocation matter filed in the
captioned action.


                              _____
                              SYLVIA H. RAMBO
                              United States District Judge

Dated:  February 22, 2007.