AO 245 D (Rev. 06/05) Sheet 1 - Judgment in a Criminal Case for Revocations
================================================================

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| VS. | (For Revocation of Probation or Supervised Release) |
| ERIC THOMAS FLOWERS | CASE NUMBER: 1:00-CR-0031-01 |
| | USM NUMBER: 58361-053 |
| **DATE OF ORIGINAL JUDGMENT** | **Thomas Thornton, Esq.** |
| January 25, 2002 | Defendant's Attorney |

**THE DEFENDANT:**
[X] admitted guilt to violation of conditions <u>General and Standard</u> of supervised release of the terms of supervision.

[ ] was found in violation of condition _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date of Violation |
|---|---|---|
| General | Defendant shall not commit another federal, state or local crime. | 01/16/2007 |
| Standard Condition #2 | Defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. | 12/31/2006 |

   The defendant is sentenced as provided in pages 2 through __ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
[ ] The defendant has not violated conditions _____ and is discharged as to such violations conditions.


   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days
of any change of name, residence or, mailing address until all fines, restitution, costs and special assessments imposed by
this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

                                                        Date of Imposition of Sentence

| | |
|---|---|
| February 23, 2007 | s/ Sylvia H. Rambo |
| Date | Sylvia H. Rambo, United States District Judge |
| | Middle District of Pennsylvania |

★U.S.GPO:1990-722-448/10286

AO 245 D (Rev. 06/05) Judgment in a Criminal Case, for Revocations
=====================================================================

Defendant: ERIC THOMAS FLOWERS                                      Judgment-Page 2 of 2
Case Number: 1:00-CR-0031-01

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] at _____ a.m./p.m. on _____.
    [ ] as notified by the U.S. Marshal.
[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [ ] before 2 p.m. on _____.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the probation office.
    [ ] The defendant is to contact the United States Marshal's Office no later than three days prior to the above date to be notified of the place of confinement.

## RETURN

    I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this judgment.

_____
United States Marshal

_____
Deputy Marshal