# United States District Court

__MIDDLE DISTRICT OF PENNSYLVANIA__

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v.<br>*Eric* THOMAS FLOWERS | CASE NUMBER: 1:00-CR-0031-01<br>JUDGE: SYLVIA H. RAMBO |

*278171*

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest  THOMAS FLOWERS

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☒ Violation Notice  ☐ Probation Violation Petition

charging him with Violations of Conditions of Supervised Release

**FILED**
FEB 2 7 2007
PER _____ CJN
HARRISBURG, PA   DEPUTY CLERK

Mark J. Armbruster
Name of Issuing Officer

[signature]
Signature of Issuing Officer or Deputy Clerk

Deputy Clerk
Title of Issuing Officer

_____
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at  *Carlisle*

| DATE RECEIVED<br>1/26/07 | NAME AND TITLE OF ARRESTING OFFICER<br>M. Aleman  DUSM | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
|---|---|---|
| DATE OF ARREST<br>2/22/07 | | |